674 A.2d 510

**Brian Ralph KEIRSEY**

v.

**STATE of Maryland.**

**No. 12, Sept. Term, 1996.**

Court of Appeals of Maryland.

April 8, 1996.

John Kopolow, Assistant Public Defender, Stephen E. Harris, Public Defender, Baltimore, for petitioner.

Diane E. Keller, Assistant Attorney General, J. Joseph Curran, Jr., Attorney General, Baltimore, for respondent.

MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 8th day of April, 1996,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to the Court of Special Appeals for reconsideration in light of *Armstead v. State*, 342 Md. 38, 673 A.2d 221 (1996). Costs in the Court of Special Appeals to abide the result.